## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Phoenix Entertainment Partners, LLC,<br>       Plaintiff,<br><br>v.<br><br>Herbert J. Boyte Jr.; Jodie Boyte; William Knights; Hunter's Pub, Inc.; Who's Bar My Bar LLC; Pelton's Catering Inc.; C & Yuan Company Inc.; Dennis Lee Locke d/b/a Lynn's Longbranch; Lara's LPA, LLC; Nampaw LLC; and Back Den L.P.,<br>       Defendants. | Case No. 4:16-cv-2911 |

## PLAINTIFF, PHOENIX ENTERTAINMENT PARTNERS, LLC, CORPORATE DISLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Phoenix Entertainment Partners, LLC ("Phoenix"), by and through its undersigned counsel, states it is a privately held company that has no U.S. parent company, and that no publicly-held company owns more than 10% or more of Phoenix's stock.

//


//

- 1 -

Dated: September 29, 2016       Respectfully submitted,

/s/Keith A. Vogt
*Attorney-in-Charge*
Illinois State Bar No. 6207971
Southern District of Texas Bar No. 2100435
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com